# PD-1037-15

Nov. 4, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta. Clerk

Abel Acosta : Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

To The Honorable Court of Appeals:

Re: PD-1037-15

On 10/22/2015 this court denied appellant's motion for free copy of the Clerk's record, in the above refferenced cause.

Appellant has done the necessary affidavit of poverty. Appellant seeks statutory benefits of his indigent status.

Appellant prays this court will reconsider his motion, and not wrongfully deny his statutory benefits.

Appellant would like to present documents from the Clerk's record in this cause to support the merit of his serious claims of abuse by the trial court.

Respectfully

Wade E. Dix
Appellant.

ES0085-01-07